UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>S. ALFARO, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01310-AWI-MJS (PC)<br><br>**ORDER DENYING MOTION FOR COURT ORDER**<br><br>**(ECF NO. 22)** |

    Plaintiff is state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The action proceeds against Defendants S. Alfaro, S. Alvarado, J. Burns, Campbell, R. Dollarhide, S. Longoria, Morelock, T. Noland, Sexton, C. Villarrial, who have yet to appear in the action.

    Before the Court is Plaintiff's motion for a Court order permitting him limited communication with an inmate witness. (ECF No. 22.)

    The California Department of Corrections and Rehabilitation has procedures to facilitate communication between inmates. Cal. Code Regs. tit. 15, § 3139; Department Operations Manual § 54010.22.1. Plaintiff does not state whether he has availed himself of this procedure. Furthermore, the Court finds no urgency in Plaintiff's request. The

matter is in its infancy and no defendants have appeared. Plaintiff does not state whether or how resort to proper procedures would impede his litigation of this case.

Based on the foregoing, Plaintiff's motion is HEREBY DENIED without prejudice.

IT IS SO ORDERED.

Dated: April 11, 2018 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE