UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>S. ALFARO, et al.,<br><br>Defendants. | Case No. 1:17-cv-01310-AWI-JLT (PC)<br><br>**ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF**<br><br>**(Docs. 21, 37)** |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 12, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 12, 2018 (Doc. 37), are **ADOPTED** in full; and

2. Plaintiff's motion for injunctive relief (Doc. 21) is **DENIED**.

IT IS SO ORDERED.

Dated:  February 25, 2019                    _____
                                                                    SENIOR DISTRICT JUDGE