UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. ALFARO, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01310-AWI-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION AND MOTION TO STAY;**<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO COMPEL; AND**<br><br>**ORDER STAYING DISCOVERY**<br><br>**(Docs. 48, 50, 51)** |

　　Pending before the Court are plaintiff's motion to compel discovery (Doc. 48), defendants' motion for summary judgment for failure to exhaust administrative remedies as to all claims (Doc. 49), and defendants' motion to stay the Discovery and Scheduling Order pending resolution of their summary judgment motion (Doc. 50). Defendants have also filed an *ex parte* application for order shortening time for consideration of their motion to stay. (Doc. 51.)

　　On review, the Court finds that a stay is warranted because success on the defendants' motion for summary judgment for failure to exhaust administrative remedies would resolve this action in their favor in its entirety, and it may unnecessarily waste effort and resources by requiring the parties to proceed with discovery at this stage of the litigation. Accordingly, the Court **ORDERS**:

1

1. Defendants' *ex parte* application (Doc. 51) is **GRANTED**;

2. Defendants' motion to stay (Doc. 50) is **GRANTED**;

3. Plaintiff's motion to compel discovery (Doc. 48) is **DENIED WITHOUT PREJUDICE** to its renewal; and

4. Discovery is **STAYED.** The January 2, 2019, Discovery and Scheduling Order (Doc. 40) is **VACATED** until further court order.

IT IS SO ORDERED.

Dated: **April 11, 2019**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE