| | |
|---|---|
| | |

1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                              EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| JOHN WESLEY WILLIAMS, | Case No. 1:17-cv-01310-AWI-JLT (PC) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME;** |
| v. | |
| S. ALFARO, et al., | **ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER FOR RETURN OF PROPERTY; AND** |
| Defendants. | |
| | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES AND TO DENY AS MOOT DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |
| | **(Docs. 49, 77, 78, 83)** |
| | **CLERK TO CLOSE CASE** |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 10, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. After moving twice for an

1

extension of time, plaintiff has now filed objections to the findings and recommendations. The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Plaintiff also filed a motion for an order for return of his personal property. Defendants, who oppose the motion, note that the property has since been returned to plaintiff. Since plaintiff does not dispute this claim, his motion will be denied as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time (Doc. 83) is GRANTED;
2. Plaintiff's motion for an order for return of property (Doc. 79) is DENIED as moot;
3. The findings and recommendations filed September 10, 2019, are adopted in full;
4. Defendants' motion for summary judgment for failure to exhaust administrative remedies (Doc. 49) is GRANTED and the contemporaneous motion for judgment on the pleadings is DENIED as moot; and
5. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: February 20, 2020

SENIOR DISTRICT JUDGE